IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. EBLOVI ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST 2006-AR1 ET AL.,<br><br>　　　　Defendants. | No. CV 13-01596 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendants moved to dismiss Plaintiffs' Complaint on April 30, 2013. See Mot. (dkt. 7). Pursuant to Civil Local Rule 7-3, Plaintiffs' opposition brief was due not more than fourteen days thereafter (May 14, 2013). Plaintiffs have failed to file an opposition brief. Accordingly, the Court ORDERS Plaintiffs to show cause by **5:00 PM on Monday, May 27, 2013** why their case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 20, 2013

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\1596\osc.wpd