IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID C. EBLOVI ET AL.,

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST 2006-AR1 ET AL.,

    Defendants.

No. CV 13-01596 CRB

**ORDER DISMISSING CASE**

    Plaintiffs failed to oppose Defendants' motion to dismiss, and so this Court ordered them to show cause by Monday, May 27, 2013, why their case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See dkt. 11. Plaintiffs failed to respond to the Court's Order. Accordingly, the case is DISMISSED with prejudice.

    **IT IS SO ORDERED.**

Dated: May 29, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\1596\order dismissing case.wpd