**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. EBLOVI ET AL., | No. CV 13-01596 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST 2006-AR1 ET AL., | |
| Defendants. | |

The Court, having dismissed this case with prejudice under Federal Rule of Civil Procedure 41(b), enters judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: May 29, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2013\1596\judgment.wpd